**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

JAMES K. SHORT,
      Plaintiff,

Case Number 3:10-cv-00248-SLG

v.

UNITED STATES OF AMERICA,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the Plaintiff recover nothing, the action be dismissed with prejudice, and the Defendant, United States of America, recover costs from the Plaintiff, James K. Short.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: October 22, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      Marvel Hansbraugh
      Marvel Hansbraugh,
       Clerk of Court

[310cv00248 SLG  Short v. USA Judgment.wpd]{JMT2.WPT*Rev.3/03}